to y^e Beare Taverne and ther writt what would serue his own turns as they haue since informed mee and are redy to testifie if New Euidences might be admitted that y^e horse came open mouthed at me and forssed me to jumpe ouer a w[e]ll and had Like to haue pawed me under hime when I went to part them

Lastly — y^e Honoured Court and Gentlemen of y^e Iury may please to take notice of y^e eror of y^e first jury not only in that there was noe horse pro[ued] to bee dead but in ouer rating y^e supposed dead horse contrary to law w^ch saith noe horse shall bee rated aboue Thre pounds in y^e Cuntrys Seruice but they haue giuen hime seuen pounds for a horsse w^ch if euor was his it is unknowne to me but howeuor it was y^e Countrys horss w^ch none will gainsay or Question

and further if y^e Honoured Court and Gentlemen of y^e Iury will please to Consider and compare y^e Attachment and his euidences toget[her] I dare prusume they will finde it a Very strang Verdict and indeed there is noe two Euidences speaks one thing y^t is essentiall to his Case: Thus hopeing y^e honoured Courte and Gentlemen of y^e Iury will See Cause to confirme y^e Iudgment of y^e Last Court w^th other Due Dammages

I subscrib Yo^r Humble seruant

Robert Orchard ]

## BARNES ag^t BATT

James Barnes plaint. ag^t Paul Batt Defend^t The pl^t withdrew his action.

## TYNG ag^t COOKE

Edw^d Tyng Esq^r Treasu^r plaint. ag^t Francis Cooke Defend^t This action was continued untill next Court.

## HUDSON ag^t HORD

Cap^t W^m Hudson plaint. ag^t John Hord Defend^t The plaint. non-Suted upon nonappearance.

## HUDSON ag^t DANIEL

Cap^tn W^m Hudson plaint. ag^t John Daniel jun^r Def^t The plaint. withdrew his action.

## CROSBY ag^t ADAMS

Joseph Crosby plaint. ag^t Joseph Adams Defend^t the plaint. withdrew his action.

## LYNDE ag^t TRUMBEL

Simon Lynde plaint. ag^t John Trumbel junio^r Defend^t in an action of the case for an account of One thousand five hundred foote of Merchantable pine boards laden by the s^d Lynde on board the Catch